IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

```
IN RE: PAMELA L JAMESON &                      )
GEORGE M JAMESON, SR.                          )
                                               )
SunTrust Mortgage f/k/a Crestar Mortgage,      )
         Creditor,                             )
                                               )
    vs.                                        ) CASE NO. 09B72893
                                               ) JUDGE Manuel Barbosa
PAMELA L JAMESON &                             )
GEORGE M JAMESON, SR.,                         )
         Debtor                                )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes SunTrust Mortgage f/k/a Crestar Mortgage, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the August 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of December 23, 2010:

    a. Attorney's Fees                      $250.00
    b. Payments:                            $6,692.57
        i. 08/2010–11/2010: 4 @ $3,813.80
        ii. 12/2010–02/2011: 3 @ $2,878.77
    c. Property Inspection                  $225.00
    d. Bankruptcy Fees                      $800.00
    e. Escrow Shortage                      $68.28
                              TOTAL         $8,035.85

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice SunTrust Mortgage f/k/a Crestar Mortgage rights to collect these amounts will be unaffected.

                              Respectfully Submitted,
                              SunTrust Mortgage f/k/a Crestar Mortgage

                              /s/Lydia Y. Siu
                              Lydia Y. Siu
                              ARDC#6288604
                              Pierce and Associates, P.C.
                              1 North Dearborn
                              Suite 1300
                              Chicago, Illinois 60602
                              (312)346-9088